IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |
|---|---|
| FRANK M. NANCE ) | Case No. 4:06CV00058 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| QUICKRETE CO., ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendants. ) | |

Before me now is Defendant Quikrete Co.'s ("Quikrete") Fed. R. Civ. P. 56 Motion for Summary Judgment against Plaintiff Frank M. Nance ("Nance"). For the reasons stated in the accompanying memorandum opinion, the Defendant's Motion for Summary Judgment will be **GRANTED.**

The Clerk is directed to strike this matter from the active docket of this Court. The Clerk is further directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

ENTERED this 5th day of June, 2007.

                                                       s/Jackson L. Kiser
                                                     Senior United States District Judge